UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD L. HERNDON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IMPACT/OYDESSA TEAM PROGRAM, PROBATE, et al.,<br><br>　　　　Defendant(s). | Case No. 23-cv-01675-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

　　Plaintiff, a former state prisoner currently at All Saints Extended Care, an assisted living facility in San Rafael, California, filed a pro se complaint under 42 U.S.C. § 1983 using the court's prisoner complaint form wherein he alleges that "copyright, trademark," "business license and fishing license" and "other legal documents have not been honored." ECF No. 1 at 3.  He names as defendants "Impact/Oydessa Team Program, Probate" and licensed clinical social worker "Ms. Murray Shortall" but sets forth no facts whatsoever describing any specific wrongdoing or tying defendants to any specific wrongdoing.  Id. at 1-3.

　　On May 16, 2023, the court dismissed the complaint with leave to amend for plaintiff "to allege a claim for relief under § 1983, if he can."  ECF No. 4 at 2.  The court explained that "[p]laintiff must allege specific facts showing how a state actor caused the deprivation of a federal right" and that "[c]onclusory allegations will not do."  Id. (citing Leer v. Murphy, 844 F.2d 628, 634 (9th Cir. 1988)).  The court also warned plaintiff that "[f]ailure to file a proper amended complaint within [28 days] will result in the dismissal of this action."  Id. at 2.

　　More than 28 have passed since the court's May 16, 2023 order and plaintiff has neither filed an amended complaint nor sought an extension of time to do so.  This action accordingly is DISMISSED without prejudice and the clerk is directed to close the file.

　　**IT IS SO ORDERED**.

Dated: June 16, 2023

　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　United States District Judge